USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :
                                     :   No. 11 Cr. 1038 (JFK)
JOHN CHEN,                           :   **ORDER**
                                     :
                    Defendant.       :
----------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On January 28, 2020, John Chen mailed a letter to the Court requesting permission to travel to Taipei, Taiwan from February 12, 2020 to March 8, 2020 to visit his Mother who is currently in the hospital awaiting a brain operation. Neither Mr. Chen's Probation Officer nor the Government object to his travel request.

Accordingly, Mr. Chen is permitted to travel to Taipei, Taiwan from February 12, 2020 to March 8, 2020 to visit with his family. Mr. Chen shall advise his Probation Officer of the specifics of his departure and return in advance of his travel.

**SO ORDERED.**

Dated: New York, New York
       January 28, 2020

_____
John F. Keenan
United States District Judge

I mailed a copy of this order to Mr. Chen on 1-29-20.

_____
William Ryan
Deputy Clerk

1