```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :    No. 11 Cr. 1038 (JFK)
                                     :
JOHN CHEN,                           :         ORDER
                                     :
              Defendant.             :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

    On November 17, 2020, Defendant John Chen submitted a letter requesting early termination of his term of supervised release. The Government and U.S. Probation Department for the Southern District of New York oppose Mr. Chen's application on the grounds that he has not been a model supervisee, he is currently unemployed, his restitution payments have been sporadic, and he has paid only $425 of his restitution obligation, the outstanding balance of which is approximately $196,000. Accordingly, the Government argues, Mr. Chen's continued supervision is appropriate to continue providing him with the assistance, guidance, and supervision that he needs.

    The Court agrees with the Government. Accordingly, Mr. Chen's request for early termination of supervised release is DENIED.

**SO ORDERED.**

Dated:  New York, New York
        December 2, 2020

                                                 _John F. Keenan_
                                               John F. Keenan
                                        United States District Judge