UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOHN CHEN,<br><br>Defendant. | 11-CR-1038-01 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

     The Court has received the handwritten letters from Mr. Chen docketed at Dkts. 119 and 120. These seek various relief. To assist the Court in determining whether and to what extent relief is merited, the Court directs defense counsel to submit a letter, due September 23, 2022, addressing the issues Mr. Chen raises. The Court directs the Government to respond by Wednesday, September 28, 2022.

     SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2022
       New York, New York