# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

September 26, 2022

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley square
New York, New York 10007

Re: <u>United States v. John Chen</u>, 11 Cr. 1038 - Request for bail hearing

Dear Judge Engelmayer:

On September 16, 2022, the Court ordered defense counsel to file a letter addressing issues raised in Mr. Chen's letters docketed at ECF Dkt. 119 and ECF Dkt. 120. I write to request an extension of time, to Thursday, September 29, 2022, to file a response addressing issues raised in the letters. The government consents to that request. Additional time is necessary in order to confer with Mr. Chen and with the Essex County Correctional Facility regarding the issues raised. Accordingly, I request an extension of time, to Thursday, September 29, 2022, to file a response addressing issues in the letters docketed at ECF Dkt. 119 and ECF Dkt. 120.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

cc:   A.U.S.A. Jacob Fiddelman

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 123.

9/27/2022

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge