UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-1038-01 (PAE) |
| -v- | ORDER |
| JOHN CHEN, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant John Chen indicating, *inter alia*, that he has not been able to successfully contact his counsel, Karloff Commissiong.  The Court expects that Mr. Commissiong will contact his client forthwith and address the matters raised by Mr. Chen.  The Court directs Mr. Commissiong, immediately after making contact with Mr. Chen, to file a letter on the docket of this case confirming that such has occurred, and that the matters raised by Mr. Chen are being addressed.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 22, 2022
New York, New York