

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. John Chen*, 11 Cr. 1038 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this update letter and adjournment request regarding the above-captioned violation of supervised release proceeding. The parties believe that continuing to stay this matter pending resolution of the parallel state-court case against the defendant for the conduct underlying the alleged violations is appropriate. That case is progressing apace—the matter has recently been transferred to a trial judge, and discussions between state prosecutors and the defendant regarding a pretrial disposition are continuing. Upon resolution of the state-court case, the parties in this matter expect to reach a corresponding disposition in this violation proceeding without the need for a hearing.

    Accordingly, the Government respectfully requests that the upcoming February 1, 2023 status conference be adjourned for a period of 60 days. The Government will provide another status update in advance of the adjourned date, and the parties will promptly contact the Court if a disposition is reached in the interim. The defendant consents to this request.

                                                     Respectfully submitted,

                                                     DAMIAN WILLIAMS
                                                     United States Attorney

by: _____
                                                     Jacob R. Fiddelman
                                                     Assistant United States Attorney
                                                     (212) 637-1024

**GRANTED.** The conference is adjourned to April 24, 2023 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 135.

                                SO ORDERED.                1/26/2023

                                                    _____
                                                        PAUL A. ENGELMAYER
                                                       United States District Judge