UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN CHEN,

Defendant.

11-CR-1038-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the letter at docket 139 from defendant John Chen, discussing what he states are failures by the Bureau of Prisons to attend to his medical needs. The Court will take up these issues with counsel and Mr. Chen at the conference scheduled for April 24, 2023, at 11:00 a.m. The Court expects counsel for both sides at the conference to be fully familiar with Mr. Chen's medical needs and to be prepared to address concretely what it will take to assure that the BOP is properly attentive to them. The Clerk of Court is requested to terminate the motion at Dkt. No. 139.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2023
       New York, New York