

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**   ***United States v. John Chen*, 11 Cr. 1038 (PAE)**

Dear Judge Engelmayer:

     The Government respectfully submits this letter to request a brief adjournment of the May 3, 2023 conference in the above-captioned VOSR proceeding. As the Court is aware, the defendant intends to admit violation specifications after his guilty plea to the underlying state court charges, which was previously scheduled for this past Friday. Unfortunately, due to an error, the defendant was not produced to state court for that appearance, and the proceeding has been rescheduled for May 9, 2023. Accordingly, the Government respectfully requests that this Court adjourn the upcoming VOSR conference to the week of May 15, 2023. Defense counsel is available between 10:00 a.m. and 2:00 p.m. on May 15, 16, or 19 and consents to this adjournment request.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

by: _____
          Jacob R. Fiddelman
          Assistant United States Attorney
          (212) 637-1024

cc:    Karloff Commissiong, Esq.

**GRANTED.** The conference is adjourned to June 5, 2023 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 145.

                                   5/1/2023

      SO ORDERED.

          _____
          PAUL A. ENGELMAYER
          United States District Judge