# ADAMS & COMMISSIONG

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 1603 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

May 27, 2023

**VIA ECF AND EMAIL**

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. John Chen</u>, 11 Cr. 1038 – Response to Court's Order dated May 12, 2023, and request to be relieved as counsel

Dear Judge Engelmayer:

I write in response to the Court's Order dated May 12, 2023. In that Order, the Court instructed me to provide an update with respect to my representation of Mr. Chen, who wrote the Court in a letter dated May 3, 2023, informing the Court that he wanted new counsel. Subsequent to the Court's May 12 Order, Mr. Joseph Lo Piccolo informed me that he has been retained by Mr. Chen. Mr. Lo Piccolo filed a notice of appearance yesterday, May 26, 2023. As a result, I request to be relieved as counsel in this matter. Finally, this update letter was due on May 26, 2023. I apologize for not filing this letter timely and any inconvenience to the Court.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Jacob Fiddelman

---

**GRANTED.** The Court relieves Mr. Commissiong and thanks him for his service as court-appointed counsel. The Clerk of Court is requested to terminate the motion at Dkt. No. 152.

SO ORDERED.   5/31/2023

_____
PAUL A. ENGELMAYER
United States District Judge