UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 11-CR-1038-01 (PAE) |
| v. | **ORDER** |
| JOHN CHEN, | |
| Defendant. | |

The Court anticipates that, on July 25, 2023, defendant JOHN CHEN, Reg. No. 59511-053, will be temporarily removed from federal custody for one day by law enforcement officers from the Nassau County District Attorney's Office pursuant to a Writ of Habeas Corpus Ad Prosequendum issued by a judge of the New York State Supreme Court, Nassau County (the "Writ"), for the purpose of appearing in that court to be sentenced in *People of the State of New York v. John Chen*, Case No. CR-017921-22NA, SCI-71333-23.

Upon the joint application of the parties in this case, and pursuant to the All Writs Act, 28 U.S.C. § 1651, IT IS HEREBY ORDERED THAT:

If the defendant is sentenced in state court as anticipated and thereafter processed by state and local law enforcement authorities, the defendant shall not be permanently transferred to New York State custody for execution of the state sentence; rather, the defendant shall be returned to the custody of the Nassau County District Attorney's Office after processing to be returned to federal custody that same day as contemplated by the Writ.

Dated: New York, New York
July 14, 2023

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK