UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOHN CHEN,

                Defendant.

11-CR-1038-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a pro se request from defendant John Chen seeking the return of personal property. See Dkt. 169. The Court directs the Government to respond. The Government's response is due January 17, 2024.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 3, 2024
       New York, New York